IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: PHILLIP BURIVAL,<br>    GARY M. BURIVAL,<br>    JOYCE BURIVAL<br><br>    Debtor.<br><br>RICK D. LANGE,<br><br>    Plaintiff/Appellee,<br><br>vs.<br><br>JAMES WIDFELDT,<br><br>    Defendant/Appellant. | Case No. 8:10CV298<br><br>BK. 07-42271<br>ADV 10-04008<br><br>ORDER |

This matter is before the Court on appellant's notice of appeal (Filing No. 1). This is an appeal of a decision of the Bankruptcy Court pursuant to Bankruptcy Rule 8001. The record on appeal (Filing No. 1) outlined in Bankruptcy Rule 8006 has been filed with the Clerk. The Court orders the following briefing on the merits.

IT IS ORDERED:

1. Appellant shall submit and serve a copy of his brief within twenty (20) days from date of this order;

2. Appellee shall submit and serve his brief within twenty (20) days after receipt of the brief of the appellant.

DATED this 27TH day of January, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge