IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICK D. LANGE, CHAPTER 11 TRUSTEE,          ) ) ) | |
| ) | 8:10CV298 |
| Plaintiff,          ) ) | |
| v.          ) ) | ORDER |
| JAMES WIDTFELDT,          ) ) | |
| Defendant.          ) | |

The clerk's office made a clerical error in this matter by returning a notice of appeal to Mr. Widtfeldt. The correct filing date of the notice of appeal is July 12, 2011.

IT IS ORDERED that the clerk's office modify the docket to reflect the correct filing date of the notice of appeal, July 12, 2011.

DATED this 14th day of July, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge