IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GARY M. & JOYCE BURIVAL, | ) | |
| RICHARD BURIVAL & PHILLIP | ) | 8:10CV298 |
| BURIVAL, d/b/a BURIVAL BROTHERS, | ) | |
| a Partnership, | ) | BK07-42271 |
| | ) | A10-4008 |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| RICK D. LANGE, Chapter 11, Trustee, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Plaintiff/Appellee, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES WIDTFELDT, | ) | |
| | ) | |
| Defendant/Appellant | ) | |

This matter is before the court on defendant/appellant James Widtfeldt's motion to allow additional days to file his appeal to the Eighth Circuit. Filing No. 15. This court filed its Memorandum and Order on June 8, 2011. Filing No. 9. On July 12, 2011, defendant filed his notice of appeal. Filing No. 11. The case was forwarded to the Eighth Circuit Court of Appeals for processing. Filing No. 13. Thereafter, on July 28, 2011, defendant filed a motion to allow any additional days for appeal. Filing No. 15. The motion was forwarded to the Eighth Circuit. The Eighth Circuit Clerk's office has asked this court to rule on the motion.

The court has carefully reviewed the request for the additional days. The court finds the motion should be granted. In accordance with Fed. R. App. P. 4(5), the court finds the request was made within 30 days of the prescribed time and, accordingly, the motion will be granted.

THEREFORE, IT IS ORDERED that defendant's appeal, Filing No. 15, is granted. Defendant's appeal is deemed filed on July 12, 2011.

DATED this 16th day of December, 2011.

BY THE COURT:


s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.